KEB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga Morozova,<br><br>Petitioner,<br><br>v.<br><br>David Rivas, et al.,<br><br>Respondents. | No.   CV-26-00660-PHX-KML (JFM)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention.[1] (Doc. 1.)

Petitioner challenges her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention is prolonged and there is no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.)

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

---

[1] In addition to her Petition, Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2). Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

(1) Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) upon Respondents.

(3) If not already issued, the Clerk's Office must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov.

(5) Respondents must show cause no later than **February 10, 2026**, why the Petition should not be granted.

(6) Petitioner may file a reply no later than **February 12, 2026**.

Dated this 4th day of February, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**